**Montgomery County Sheriff's Office, Tennessee**
August 29, 2023 ·

Inmate Gives Birth in Montgomery County Jail

Montgomery County Sheriff's Office
News Release
Tuesday, August 29, 2023
For Immediate Release

Inmate Gives Birth in Montgomery County Jail

Clarksville, TN:
On Sunday, August 27, 2023, an inmate gave birth in the Montgomery County Jail. A review has been conducted by MCSO and medical staff.

At 11:31 AM, an inmate housed in a medical pod notified a Deputy of a medical concern. The Deputy contacted the medical staff, as per protocol, and a Nurse arrived within a few minutes. The Nurse, a Licensed Practical Nurse, conducted an assessment and left the cell to consult with additional medical staff. A Registered Nurse arrived thereafter at 11:54 AM to conduct a follow-up assessment.

After the follow-up assessment, the medical staff left the cell but continued to assess the situation and order additional medical tests. Deputies continued to check on the inmate during this time.

At 12:41 PM, a Deputy responded to the inmate's cell and discovered that the inmate had given birth while in her cell. The Deputy assisted the inmate while the jail medical staff and Emergency Medical Services, (EMS) were alerted. Medical staff treated the inmate on scene and then EMS transported her, and her baby, to the hospital.

The inmate and the baby are in stable condition and still under hospital care.

###

221 234 comments 44 shares

Like Comment Copy Share

Most relevant

Comment as Chris Smith

**Alana Girard**
This review and the actions of the medical staff stinks. If they were truly continuing to assess the situation, this wouldn't have happened. Also, what medical tests are given to a woman in active labor? She didn't labor, dialate to 10 and birth a baby... **See more**

45w Like Reply Edited 114

View all 6 replies

**Suzy Butler**
I hope this is thoroughly investigated. Every person, in prison or not, deserves a dignified birth experience. Women in labor need constant monitoring and support. Not sure how the situation was “continued to be assessed” AFTER medical personnel left t... **See more**

45w Like Reply Edited 75

View all 6 replies

**Natasha H Freeman**
The Nurses and all other medical staff should be fired and have their license pulled. They clearly either didn’t want to or didn’t know how to do their jobs.

45w Like Reply 68

View all 11 replies

**Amanda Blount** · Follow
I would love to send her flowers and let her know she is loved.

45w Like Reply 8

View all 2 replies

**Amanda Blount** · Follow
I don't care what someone has done, we're supposed to treat inmates with some level of dignity.

45w Like Reply 23

View all 2 replies

**Karlee Morse**
Seems to me like the Sheriffs office is trying to slide another wrong doing under the rug. This is a shame.

45w Like Reply Edited 23

View 1 reply

**Christopher Lampley**
Love how they put the nurse arrived In a few minutes as usual. That's crap. They sometimes make you wait days, hence the reason" they returned noticing the inmate had given birth"

45w Like Reply Edited 11

**Angela Cecilia**
I'm appalled!! I have no words... this is unacceptable and multiple people need to be held accountable! My heart breaks for the mom and baby.

45w Like Reply 20

**Judith Kuykendall Thomasson**

**Allan Smithberg**
Glad the mom and baby are doing fine

45w Like Reply 3

**Silvia Müller-Maxwell**
Something ain't right...better investigation from outside...this should not have happened

45w Like Reply 33

**Sheri Lynn Donahue**
Hope the community pulls together to help this momma and her baby 🙏

45w Like Reply 7

**Drew Smith**
Sounds like the nurse needs to be fired!! No woman should ever have to go through that!!

45w Like Reply 10

**Dave Oakley**
Dang, we can do better then that. We are not 3rd world....or maybe we are.

44w Like Reply

**Breana Cash**
This is sickening

45w Like Reply 9

**Kathy Ochoa-vidales**
Looks like they took their sweet time 😥

45w Like Reply 5

View 1 reply

**Nikki Sunshine**
I call Bull!

45w Like Reply 5

**Kalyn Hancock**
Sick! They should have listened to her. I'm sure she knows her body and knew she was in labor! 🤬

45w Like Reply 6

View all 2 replies

**Taylor Schuff**
Get the TBI involved 🤷‍♂️

45w Like Reply 2

45w Like Reply

**Tammy Devine**
Do you need donations?

45w Like Reply 2

**Dawn Vanv**
Wow.

44w Like Reply

Top fan
**Brittney Howard**
So many questions left unanswered here, but yet these are nurses and officers that are also trained for different situations... Please consider a thorough investigation with all involved!!!!

45w Like Reply 4

**Sharon Suiter**
Prayers for the mother and child 🙏

45w Like Reply

**Alexis Noble**
I hate that place

45w Like Reply

**Frankie Realmontes**
I agree with you **Mike Simpson**

45w Like Reply

**Terry McCullough**
WoW ‼️

45w Like Reply Edited

**Georgia Salmon**
WTF!

45w Like Reply

**Erin Ranee**
**Micah Sophia Coggins Jasmine Mruczinski**

43w Like Reply

**Missie Davenport**
😶

45w Like Reply